

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00718-CV

**IN THE INTEREST OF J.B.S.,** et al., Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02879
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal concerning the termination of appellant's parental rights. A copy of the clerk's record was filed on October 11, 2018 and shows appellant filed a notice of appeal on October 18, 2018 in which she contends she is appealing a "Order of Termination, signed on September 14, 2018." The clerk's record, however, does not contain a final order of termination signed by the trial court. Rather, the clerk's record contains an incomplete "Memorandum of Associate Judge's Order." Specifically, pages 2 and 3 of the memorandum appear to be missing. The clerk's office of this court contacted the district clerk's office by telephone and left a message informing the district clerk that the memorandum was incomplete.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). A judgment is final for appellate purposes if it disposes of all pending parties and claims in the record. *Id.* Because the Memorandum of Associate Judge's Order is incomplete, it appears there is no final order of termination in the clerk's record; thus, there is no final judgment from which appellant may appeal at this time.

Accordingly, we ordered appellant to file a written response in this court on or before November 26, 2018 showing cause why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We further advised appellant that if a supplemental clerk's record is required to establish this court's jurisdiction, appellant must ask the district court clerk to prepare one and must notify the clerk of this court that such a request was made. We then suspended all deadlines in this matter until further order.

On November 29, 2018, appellant filed a response to our order, stating a final "termination order has been entered as of November 1, 2018" and she has requested the district clerk to file a supplemental clerk's record with a copy of the order. Attached to appellant's response is a copy of her letter correspondence to the district clerk requesting a supplemental clerk's record. Thereafter, on December 3, 2018, the district clerk filed a supplemental clerk's

record containing an Order of Termination signed by the trial court on November 1, 2018. At this time, a copy of the reporter's record has been filed.

Accordingly, because it appears the record is complete, we reinstate the appellant deadlines and **ORDER** appellant to file her appellant's brief in this court **on or before December 27, 2018**. *See* TEX. R. APP. P. 38.6(a).

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court